Honorable Ronald B. Leighton

06-CV-05550-ORD

FILED ___ LODGED
___ RECEIVED

JAN - 9 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBRA ABEAR, Personal Representative of the Estate of Jason Raffelson and on behalf of T.R., the surviving child, and the ESTATE OF JASON RAFFELSON, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG TEVELIET, individually; FAMILY PRACTICE CENTER OF GRAYS HARBOR, P.C., a Washington professional corporation; PURDUE PHARMA, L.P., a Delaware limited partnership; THE PURDUE PHARMA COMPANY, a Delaware partnership; PURDUE PHARMA, INC., a New York corporation; PURDUE FREDERICK COMPANY, a New York corporation; THE P.F. LABORATORIES, a New Jersey corporation; THE ABBOTT LABORATORIES, an Illinois corporation; ABBOTT LABORATORIES, INC., a Delaware corporation; and JOHN/JANE DOES 1-X, <br><br> Defendants. | No. CV06-5550 RBL <br><br> STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF ABBOTT LABORATORIES AND ABBOTT LABORATORIES, INC. <br><br> **Clerk's Action Required** |

Pursuant to Rule 41(a), the undersigned counsel, on behalf of their respective clients, hereby stipulate that all claims in this case asserted by plaintiff against Abbott Laboratories and Abbott Laboratories, Inc., are hereby dismissed without prejudice and without costs to any party.

STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF ABBOTT LABORATORIES AND ABBOTT LABORATORIES,
INC. (CV06-5550 RBL) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 3rd day of January, 2007.

| BYRNES & KELLER LLP | PREMIER LAW GROUP PLLC |
|---|---|
| By /s/ Bradley S. Keller, WSBA #10665<br>Steven C. Minson, WSBA #30974<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>sminson@byrneskeller.com<br>Attorneys for Defendants Abbott Laboratories and Abbott Laboratories, Inc. | By /s/ Patrick J. Kang, WSBA #30726<br>Premier Law Group PLLC<br>3131 Elliott Avenue, Suite 710<br>Seattle, WA 98121<br>Telephone: (206) 285-1743<br>pkang@plg-pllc.com<br>Attorney for Plaintiff |

**ORDER**

Based upon the foregoing, it is hereby ORDERED that all claims against Abbott Laboratories and Abbott Laboratories, Inc., in this case are hereby dismissed without prejudice and without costs to any party.

DATED this 9th day of January, 2007.

_____
United States District Court Judge

Presented by:

BYRNES & KELLER LLP

By /s/
Bradley S. Keller, WSBA #10665
Steven C. Minson, WSBA #30974
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
sminson@byrneskeller.com
Attorneys for Defendants Abbott Laboratories
and Abbott Laboratories, Inc.

STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF ABBOTT LABORATORIES AND ABBOTT LABORATORIES,
INC. (CV06-5550 RBL) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  Approved as to Form;
   Notice of Presentation Waived:

2

3  PREMIER LAW GROUP PLLC

4  By_____
       Patrick J. Kang, WSBA # 30726
5  3131 Elliott Avenue, Suite 710
   Seattle, WA 98121
6  Telephone: (206) 285-1743
   pkang@plg-pllc.com
7  Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF ABBOTT LABORATORIES AND ABBOTT LABORATORIES,
INC. (CV06-5550 RBL) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000