The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBRA ABEAR, Personal Representative of the Estate of Jason Raffelson,<br><br>    Plaintiff,<br><br>    vs.<br><br>CRAIG TEVELIET, individually; FAMILY PRACTICE CENTER OF GRAYS HARBOR, P.C., a Washington professional service corporation; PURDUE PHARMA, L.P., a Delaware limited partnership; THE PURDUE PHARMA COMPANY, a Delaware partnership; PURDUE PHARMA, INC., a New York corporation; PURDUE FREDERICK COMPANY, a New York corporation; THE P.F. LABORATORIES, a New Jersey corporation; THE ABBOTT LABORATORIES, a Illinois corporation; ABBOTT LABORATORIES, a Delaware corporation; and JOHN/JANE DOES I - X,<br><br>    Defendants. | No.   CV06-05550-RBL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. CV06-5220 FDB)- 1

**PREMIER LAW GROUP PLLC**
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316

## STIPULATION

Pursuant to Rule 41(a), the undersigned counsel, on behalf of their respective clients, hereby stipulate that all claims in this case asserted by plaintiff against Purdue Pharma, L.P., The Purdue Pharma Co., Purdue Pharma, Inc., Purdue Frederick Company, and The P.F. Laboratories, are hereby dismissed with prejudice and without costs to any party.

DATED this 4th day of April, 2007.

| | |
|---|---|
| Wilson, Smith, Cochran & Dickerson | PREMIER LAW GROUP PLLC |
| By ___/s/ Alfred E. Donohue (per email authorization)<br>John D. Wilson, WSBA # 4828<br>Alfred E. Donohue, WSBA # 32774<br>Attorneys for Defendant<br>Purdue Pharma, L.P. | By /s/ Patrick J. Kang<br>Patrick J. Kang, WSBA #30726<br>Premier Law Group PLLC<br>3131 Elliott Avenue, Suite 710<br>Seattle, WA 98121<br>Telephone: (206) 285-1743<br>pkang@plg-pllc.com<br>Attorney for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. CV06-5220 FDB)- 2

PREMIER LAW GROUP PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316

## **ORDER**

Based upon the foregoing, it is hereby ORDERED that all claims against Purdue Pharma, L.P., The Purdue Pharma Co., Purdue Pharma, Inc., Purdue Frederick Company, and The P.F. Laboratories in this case are hereby dismissed with prejudice and without costs to any party.

DATED this 5th day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

PREMIER LAW GROUP PLLC

By /s/ Patrick J. Kang
Patrick J. Kang, WSBA # 30726
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
Telephone: (206) 285-1743
pkang@plg-pllc.com
Attorney for Plaintiff

Approved as to Form;

Notice of Presentation Waived:

Wilson, Smith, Cochran & Dickerson

By /s/ Alfred E. Donohue (per email authorization)
John D. Wilson, WSBA # 4828
Alfred E. Donohue, WSBA # 32774
Attorneys for Defendant
Purdue Pharma, L.P.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. CV06-5220 FDB)- 3

**PREMIER LAW GROUP PLLC**
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316